# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCILLE M. MURKIJANIAN, ) | NO. CV 09-6903 FMO |
| Plaintiff, ) | |
| v. ) | **JUDGMENT** |
| MICHAEL J. ASTRUE, ) COMMISSIONER OF SOCIAL ) SECURITY ADMINISTRATION, ) | |
| Defendant. ) | |

IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is reversed and this matter remanded, pursuant to sentence four of 42 U.S.C. § 405(g), for the awarding of benefits to plaintiff.

Dated this 23rd day of February, 2011.

                                                  /s/
                                      Fernando M. Olguin
                                  United States Magistrate Judge