# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCILLE M. MURKIJANIAN, | NO. CV 09-6903 FMO |
| Plaintiff, | |
| v. | **JUDGMENT** |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | |
| Defendant. | |

**IT IS ADJUDGED** that plaintiff's counsel be awarded attorney's fees in the amount of Eighteen Thousand and Seven Hundred dollars ($18,700.00), pursuant to 42 U.S.C. § 406(b). In light of the previous payment of EAJA fees, Lawrence D. Rohlfing shall reimburse plaintiff the amount of Four Thousand and Ninety dollars ($4,090.00).

Dated this 8th day of May, 2012.

/s/
Fernando M. Olguin
United States Magistrate Judge